**REMAND/JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-423-GW(PLAx) | Date | April 2, 2018 |
|---|---|---|---|

| Title | *Lois Feiges v. Jaguar Land Rover North America, LLC, et al.* |
|---|---|

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - FINAL RULING ON PLAINTIFF'S MOTION TO REMAND [18]**

After further consideration, the Court adopts its tentative ruling (*see* Docket No. 24) as its final decision and grants the Plaintiff's Motion to Remand. Consequently, the action is remanded back to state court forthwith.

:

Initials of Preparer   JG

CV-90 (06/04)   **CIVIL MINUTES - GENERAL**   Page 1 of 1